UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY MYERS, | ) | Case No. 1:12-cv-01237-AWI-DLB |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING STIPULATION RE** |
| | ) | **DISMISSAL OF ENTIRE ACTION AND** |
| vs. | ) | **ALL PARTIES WITH PREJUDICE** |
| | ) | |
| NATIONAL ENTERPRISE SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has reviewed the Stipulation of Plaintiff TERRY MYERS ("Plaintiff"), through his/her counsel of record, Law Office of L. Paul Mankin IV and Defendant NATIONAL ENTERPRISE SYSTEMS, INC., through its counsel of record, Carlson & Messer LLP, to dismiss the above-entitled action, with prejudice, in its entirety.  Pursuant to the Stipulation between the parties, the Court orders as follows:

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses.

IT IS SO ORDERED.

Dated:   December 5, 2012                                     _____
                                                              UNITED STATES DISTRICT JUDGE

1

07204.00:188510

**ORDER RE DISMISSAL**
**CASE NO:  1:12-cv-01237-AWI-DLB**